UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) TAG/ICIB Services, Inc. as agent for Navieras Puerto Rico Inc.    CIVIL NO. 98-1456 (DRD)

v.

Defendant(s) ACE Products

| MOTION | ORDER |
|---|---|
| Docket entry no. 11 | ☒ GRANTED. |
| Date: October 29, 1999 | ☐ DENIED. |
| Title: Motion For Withdrawal Of Legal Representation | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
99 NOV 10 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Carlos C. Santiago is hereby relieved from representation of plaintiff. Lead counsel for plaintiff shall remain Enrique Peral of Munoz Boneta Gonzalez Arbona Benitez & Peral.
IT IS SO ORDERED.

Date: 11/08/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE